Case 1:13-cv-01080-JSR   Document 15-2   Filed 03/01/13   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION                          Plaintiff,

          -against-

Certain Unknown Traders in the      Defendant.
Securities of H.J. Heinz Company

13 cv 1080 ( JSR )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __David Stuart Brown__ _____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__California__ _____; and that his/her contact information is as follows

(please print):

Applicant's Name: __David Stuart Brown__

Firm Name: __Securities and Exchange Commission__

Address: __5670 Wilshire Boulevard, 11th Floor__

City / State / Zip: __Los Angeles, CA 90036__

Telephone / Fax: __323-965-3998/323-965-3812__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for
__plaintiff Securities and Exchange Commission__
_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: __4/29/13__

_____
United States District / ~~Magistrate~~ Judge

Case 1:13-cv-01080-JSR   Document 15-1   Filed 03/01/13   Page 1 of 1



## Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DAVID STUART BROWN*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that DAVID STUART BROWN, #134569, was on the 14th day of June 1988 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

> *Witness my hand and the seal of the court*
> *on the 27th day of February 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission

Plaintiff,

-against-

Certain Unknown Traders in the Securities of H.J.
Heinz Company

Defendant.

13   cv 1080        ( JSR   )

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I  David Stuart Brown                                        , hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

the Securities and Exchange Commission            in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

California                                         and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated:                                              Respectfully Submitted,

Applicant Signature

Applicant's Name  David Stuart Brown

Firm Name:  Securities and Exchange Commission

Address:  5670 Wilshire Boulevard, 11th Floor

City / State / Zip: Los Angeles, CA 90036

Telephone / Fax:  323-965-3321/323-965-3812

E-Mail  BrownDav@sec.gov