# EXHIBIT A

# Overview of Trust

