```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
                                    :        13 Civ. 1080 (JSR)
        Plaintiff,                  :
                                    :            ORDER
        -v-                         :
                                    :
MICHEL TERPINS and RODRIGO TERPINS, :
                                    :
        Defendants, and             :
                                    :
ALPINE SWIFT LTD.,                  :
                                    :
        Relief Defendant.           :
------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

On October 10, 2013, and then December 26, 2013, plaintiff

Securities and Exchange Commission ("S.E.C."), individual defendants

Michel Terpins and Rodrigo Terpins, and relief defendant Alpine

Swift, filed initial, and then revised, proposed consent judgments

resolving this case. Upon review, the Court concluded that,

notwithstanding the difficulties imposed on the SEC by the fact that

the individual defendants are residents of Brazil, the proposed

consent judgments required further factual presentation to assess

whether they were fair, adequate, and reasonable. On January 30,

2014, the S.E.C. provided for the Court's review substantial

additional information, which was not contradicted by the individual

defendants. Based on that submission, the unique circumstances of

this case, and further guarantees of prompt payment of the proposed

fines given, at the Court's request, by all three defendants, the

Court hereby approves the parties' December 26, 2013 proposed

consent judgments, which will now be signed and docketed. The Clerk of the Court is directed to close the case.

SO ORDERED

Dated:     New York, NY
           April __, 2014                    _____
                                             JED S. RAKOFF, U.S.D.J.